UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

vs

ORDER
Cr.01-375 RHK
CV 07-2060 RHK

Antonio Soberanis-Sagrero,

Defendant.

-------------------------

The defendant in the above action has filed a motions with this Court seeking relief under 28 USC 2255 and for Appointment of Counsel.

IT IS ORDERED, that the United States Attorney shall file a responsive memorandum on or before June 1, 2007.

Dated: April 30, 2007.

s/ Richard H. Kyle
Richard H. Kyle, Judge
U.S. District Court