U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION



| | | | |
|---|---|---|---|
| 1. Program Code | 2. Cross File / Related Files | 3. File No. IJ-01-0033 | 4. G-DEP Identifier WGA2D |
| 5. By: SA Harry Tideswell, IV At: Minneapolis, MN | | 6. File Title SOBERANIS-SANDOVAL, Antonio | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | 8. Date Prepared 10/16/01 | |
| 9. Other Officers: TFA Tim Shanley | | | |
| 10. Report Re: Acquisition of Exhibit #5, Approximately 1454.79 ggw of Methamphetamine, from MN Registration 327-MSS on October 15, 2001 | | | |

**DETAILS**

1. On October 15, 2001, TFA Shanley had MN registration 327-MSS, a white Chevy Lumina, trailored from Twin City Auto Salvage to Lloyd's Automotive for the purpose of continuing the search of the engine area of the vehicle. At approximately 3:00 PM, TFA Shanley, with the assistance of the mechanics, recovered Exhibit #5, 2 black duct taped orbs, approximately 1,454.79 ggw, from the brake drum from reservoir between the engine and firewall. (This exhibit subsequently field tested positive for the presence of methamphetamine). TFA Shanley took photographs of the storage location which will be incorporated in the case file.

2. On October 16, 2001, the vehicle was released to the lien holder.

**CARE AND CUSTODY OF EVIDENCE**

1. Exhibit #5, approximately 1,454.79 ggw of methamphetamine, seized on October 15, 2001 by TFA Shanley from MN registration 327-MSS. The exhibit was secured by TFA Shanley. On October 16, 2001, the exhibit was brought to the Minneapolis-St. Paul District Office for processing. The exhibit was eventually mailed to the DEA North Central Regional Drug Laboratory for analysis and storage.

| | | |
|---|---|---|
| 11. Distribution: Division Chicago L2 | 12. Signature (Agent) SA Harry R. Tideswell, IV | 13. Date 10/16/01 |
| District | 14. Approved (Name and Title) Gary Davis Group Supervisor | 15. Date 10/16/01 |
| Other SARI | | |

DEA Form - 6
(Jul. 1996)
HRT/pay

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

GOVERNMENT EXHIBIT
1

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. IJ-01-0033 | 2. G-DEP Identifier WGA2D |
|---|---|---|
| 4. Page 2 of 2 | 3. File Title SOBERANIS-SANDOVAL, Antonio | |
| 5. Program Code | 6. Date Prepared 10/16/01 | |

**VEHICLE INDEXING**

1. MN registration 327-MSS, previously described.

**INDEXING**

1. SOBERANIS-SAGRERO, Antonio; NADDIS 5036453.



DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration
North Central Laboratory

# CHEMICAL ANALYSIS REPORT

To: Resident Agent in Charge
Minneapolis-St. Paul District Office

Date: November 21, 2001

Attn: SA HR Tideswell

**Case Number: IJ-01-0033**

**Analysis Summary and Remarks:**

**Laboratory No.:** 140734
**Exhibit** 5 **contains:** d-Methamphetamine Hydrochloride
**Gross Wt.:** 1456 grams (g)
**Net. Wt.:** 695.4 g
**Active Drug Ingredient:** d-Methamphetamine Hydrochloride – 98%
**Amount of Pure Drug:** 681.5 g
**Reserve Wt.:** 649.2 g

**Note:** Original packaging submitted to SFL#5 for fingerprint examination

11/21/01

Analyst Camala L. Dubach
Forensic Chemist
Date Completed: 11/21/01

Approved by Nelson A. Santos
Laboratory Director
Laboratory Location: Chicago, Illmmm