# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: CR 01-375(RHK); CV 07-2060(RHK)

ANTONIO SOBERANIS-SAGRERO,

Defendant(s).

I hereby certify that on June 1, 2007, I served, or caused to be served, the following documents:

GOVERNMENT'S MEMORANDUM IN OPPOSITION TO SECTION 2255 MOTION

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

- (No e-mail recipients)

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person hereinafter named, at the place and address stated below, which is/are the last known address, and delivering by mail to:

Antonio Soberanis-Sagrero
No. 10280-041
FCI - Waseca
P.O. Box 1731
Waseca, MN 56093

RACHEL K. PAULOSE
United States Attorney

*s/ Regina M. Hammes*

BY: REGINA M. HAMMES
Legal Assistant